# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

JUAN RAMON AVELAR and all others )
similarly situated under 29 U.S.C. 216(b), )
)
      Plaintiff, )
vs. )   16-cv-21822-Scola/Otazo-Reyes
)
BACK-IN-GEAR, INC., )
AACTION BETTER BUILT )
TRANSMISSIONS, INC., )
LESLIE MERRITT, )
)
      Defendant. )
_____ )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
BACK-IN-GEAR, INC.
Registered Agent: Leslie Merritt
5886 Commerce Lane
South Miami, FL 33143

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

      May 20, 2016
Date: _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ J. Adams
_____
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JUAN RAMON AVELAR and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiff,<br>vs.<br><br>BACK-IN-GEAR, INC.,<br>AACTION BETTER BUILT TRANSMISSIONS, INC.,<br>LESLIE MERRITT,<br><br>Defendant. | 16-cv-21822-Scola/Otazo-Reyes |

### SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
AACTION BETTER BUILT TRANSMISSIONS, INC.
Registered Agent: Leslie Merritt
22925 SW 155 Avenue
Miami, FL 33170

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 20, 2016 _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

...

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JUAN RAMON AVELAR and all others similarly situated under 29 U.S.C. 216(b),<br><br>          Plaintiff,<br>vs.<br><br>BACK-IN-GEAR, INC.,<br>AACTION BETTER BUILT TRANSMISSIONS, INC.,<br>LESLIE MERRITT,<br><br>          Defendant. | 16-cv-21822-Scola/Otazo-Reyes |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
LESLIE MERRITT
5886 Commerce Lane
South Miami, FL 33143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:          J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 20, 2016   _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts