UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-21822-RNS

JUAN RAMON AVELAR and all others )
similarly situated under 29 U.S.C. 216(b), )
)
                Plaintiff, )
  vs. )
)
BACK-IN-GEAR, INC., )
AACTION BETTER BUILT )
TRANSMISSIONS, INC., )
LESLIE MERRITT, )
)
                Defendant. )
_____ )

**PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, by and through the undersigned counsel, hereby files his Statement of Claim pursuant to this Court's Order [DE 8], and states as follows:

**FEDERAL OVERTIME WAGE CLAIM:**

**Period Claimed:** January 1, 2014 through June 6, 2014
Weeks: 22 weeks
Overtime hours per week: 4 hours
Amount of time and a half per hour not compensated: $23.85/hr. (based on hourly rate of $15.90)
Total overtime wages unpaid: **$2,098.80**

**Period Claimed:** January 5, 2015 through June 5, 2015
Weeks: 22 weeks
Overtime hours per week: 4 hours
Amount of time and a half per hour not compensated: $23.85/hr. (based on hourly rate of $15.90)
Total overtime wages unpaid: **$2,098.80**

**Period Claimed:** June 6, 2015 through April 1, 2016
Weeks: 43 weeks
Overtime hours per week: 2.5 hours
Amount of time and a half per hour not compensated: $24.71/hr. (based on hourly rate of $16.47)
Total overtime wages unpaid: **$2,656.33**

**Total Overtime Wage Claim and Liquidated Damages: $6,853.93 X 2 = $13,707.86**

\*\*Plaintiff seeks all fees and costs under the FLSA.

                    Respectfully submitted,

                    J. H. ZIDELL, P.A.
                    ATTORNEYS FOR PLAINTIFF
                    300-71ST STREET, SUITE 605
                    MIAMI BEACH, FLORIDA 33141
                    305-865-6766
                    305-865-7167

                    By: /s/ Allyson Morgado
                        Allyson Morgado, Esquire

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 6/7/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY: /s/ Allyson Morgado**
      **Allyson Morgado, Esquire**