United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Juan Ramon Avelar, and all others similarly situated, Plaintiffs </br></br>v. </br></br>Back–In–Gear, Inc., and others, Defendants | ) ) ) ) ) Civil Action No. 16-21822-Civ-Scola ) ) ) ) |

**Order On Clerk's Default Procedure**

It appears that Defendants Aaction Better Built Transmissions, Inc. and Leslie Merritt have failed to timely respond to the Complaint. In order to resolve this case justly, swiftly, and economically the Court **orders** the Plaintiff to submit a *Motion for Entry of Clerk's Default* by **July 18, 2016**, consistent with Federal Rule of Civil Procedure 55(a). The *Motion* <u>must</u> include a certificate of service indicating that the Plaintiff sent it to the Defendant(s), including the address(es) it was mailed to.

Alternatively, if the Plaintiff no longer wishes to prosecute this action, or has otherwise settled the matter, the Plaintiff must immediately file a *Notice of Voluntary Dismissal* in keeping with Federal Rule of Civil Procedure 41(a)(1)(A)(i). This option is not available to FLSA Plaintiffs. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982) (explaining that in an action brought pursuant to the Fair Labor Standards Act, the court must scrutinize the settlement agreement for fairness).

If the Clerk enters a default and the Defendants fail to move to set aside the default, or fail to otherwise respond to this lawsuit, the Plaintiff must promptly seek a default judgment, consistent with Federal Rule of Civil Procedure 55(b). If the Plaintiff fails to timely seek a Clerk's default or a default judgment, the Court may dismiss this action, without prejudice, for failure to prosecute.

**Done and ordered** in chambers at Miami, Florida on July 11, 2016.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies to:*
Aaction Better Built Transmissions, Inc.
c/o Leslie Merritt

22925 SW 155 Avenue
Miami, FL 33170

Leslie Merritt
5886 Commerce Lane
South Miami, FL 33143